FILED
2023 MAR 10 PM 3:30
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Ivy Flinders, <br><br> Plaintiff, <br> v. <br><br> DCFS, et al., <br><br> Defendants. | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES <br><br> Case No. 2:23-cv-174 DBP <br><br> Chief Magistrate Judge Dustin B. Pead |

Having considered the application and motion to proceed *in forma pauperis* without prepayment of fees; IT IS ORDERED that the application is:

GRANTED.

DATED this 10 March 2023.

_____
Dustin B. Pead
United States Magistrate Judge